M. David Graubard, Esq.
Kera & Graubard
Attorneys for Sabatini Frozen Foods, LLC
240 Madison Avenue, 7th floor
New York, NY 10016
(212) 681-1600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                        Chapter 7
ACME CAKE CO., INC.,                    Case No. 10-49857-CEC

                        Debtor.         ORDER TO SHOW CAUSE
                                        WITH TEMPORARY RESTRAINING
------------------------------------x   ORDER

     Upon the annexed certification of M. David Graubard, Esq., of

Kera & Graubard, dated November 9, 2010, and the exhibits annexed

thereto;

     LET the Petitioning Creditors herein, the Office of U.S.

Trustee and all parties who have entered an appearance in this

matter, show cause before this Court, 271 Cadman Plaza East, Room

529, Brooklyn, New York on November   , 2010 at _____ p.m., why an

order should not be made dismissing the involuntary petition filed

in this matter, together with such other and further relief as may

be proper; and it is further

     ORDERED, that pending the hearing and determination of this

Order to Show Cause, all matters in this case, including the time

for the alleged debtor to answer the involuntary petition, are

hereby stayed;

SUFFICIENT REASON APPEARING THEREFOR, LET service of a copy of this Order to Show Cause and the papers upon which it is based upon the firm Mark J. Friedman, P.C., counsel for the petitioning creditors; the Office of the U.S. Trustee; and all parties who have appeared in this proceeding, by electronic mail, on or before November   , 2010 be deemed good and sufficient service.

Dated:   Brooklyn, New York
         November   , 2010

_____
              U.S.B.J.


a:acme
saacinv.osc