# THE LAW OFFICES OF MARK J. FRIEDMAN P.C.

66 Split Rock Road
Syosset, New York 11791
Telephone (516) 653-2480

Mark J. Friedman, Esq.

Facsimile (516) 653-2481
MFriedman@FriedmanPC.com

November 9, 2010

**VIA ELECTRONIC FILING AND FACSIMILE**
Honorable Carla E. Craig
Chief United States Bankruptcy Judge
United States Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Acme Cake Co., Inc.
            Case No. 10-49857 (CEC)

Dear Honorable Carle E. Craig:

    I serve as counsel to the petitioning creditors in the above referenced matter. Unfortunately, while I understand the Court's desire to conduct a hearing on the Order To Show Cause and request for a Temporary Restraining Order filed on behalf of Sabatini Frozen Foods, LLC on November 10, 2010 at 11:30 a.m., I am scheduled to appear before the Honorable Robert E. Grossman in Central Islip at 9:30 a.m. on November 10, 2010 in the matter of Brian Hadden vs. Stephen Krivacsy, et al., Adversary Proceeding No. 10-08192.

    Further, I received notice of the hearing from M. David Graubard, Esq. via e-mail at 5:01 p.m., and unfortunately have not had ample time to secure coverage for the hearing I am appearing before Judge Grossman on. Accordingly, I respectfully request that the Court reschedule the hearing on the Order To Show Cause and request for a Temporary Restraining Order filed on behalf of Sabatini Frozen Foods, LLC to a later time and/or date to provide me with the ability to meet with my clients, appear at the hearing, and/or submit papers to Your Honor opposing the relief sought by Sabatini Frozen Foods, LLC.

    If the Court has any questions or cannot accommodate my request, please have a member of Your Honor's staff contact me on my cell phone at (516) 652-8505.

                            Respectfully,

                            s/Mark J. Friedman

                            Mark J. Friedman

cc:  M. David Graubard, Esq. (zaidiekgh@aol.com )
      Alicia Leonherd, Esq., Office of the U.S. Trustee (Alicia.m.leonhard@usdoj.gov)
      Larry K. Lesnick, Esq. (lesnick@nmlaw.com)
      Gilbert B. Weisman, Esq. (notices@becket-lee.com)